IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM RAY BLACK** | **PETITIONER** |
| **VERSUS** | **CIVIL ACTION NO. 1:07-cv-1159-HSO-RHW** |
| **JACQUELYN BANKS** | **RESPONDENT** |

### ORDER ADOPTING PROPOSED FINDINGS OF FACT AND RECOMMENDATION AND DENYING PETITIONER'S MOTION TO COMPEL AND/OR FOR DEFAULT JUDGMENT

This cause comes before the Court on the Proposed Findings of Fact and Recommendation [18-1] of United States Magistrate Judge Robert H. Walker entered in this cause on February 2, 2009. Magistrate Judge Walker reviewed Petitioner's Motion to Compel and/or for Default Judgment and determined that it should be denied, as Respondent timely filed an answer to the Petition. Magistrate Judge Walker did not find any failure on the part of the Respondent that would justify entering default or compelling Respondent to answer. Petitioner did not file an objection to the Proposed Findings of Fact and Recommendation. After review of the record, the Court, being fully advised in the premises, finds that said Proposed Findings of Fact and Recommendation should be adopted as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Proposed Findings of Fact and Recommendation [18-1] of United States Magistrate Judge Robert H. Walker entered in this cause on February 2, 2009, should be, and the same hereby is, adopted as the finding of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Petitioner's Motion

to Compel and/or for Default Judgment [14-1] is hereby **DENIED.**

**SO ORDERED AND ADJUDGED**, this the 18th day of February, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE